IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAX, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:15-CV-01248-JAR ) |
| EAGLE HEALTH ADVISORS, LLC, *et al.*, | ) ) |
| Defendants. | ) ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Max Margulis ("Plaintiff") and Defendants Eagle Health Advisors, LLC and Homeland Healthcare, Inc. (Plaintiff and Defendants referred to collectively as the "Parties") hereby stipulate and agree to DISMISS each and all of the individual claims alleged by Plaintiff in this action WITH PREJUDICE.  The putative class claims are DISMISSED WITHOUT PREJUDICE.  Each Party shall bear his and its own costs, fees and expenses, including attorneys' fees. This stipulation of dismissal disposes of the entire action.

1

Respectfully submitted,

/s/ Cyrus Dashtaki
Cyrus Dashtaki, #57606MO
Dashtaki Law Firm, LLC
5205 Hampton Ave.
St. Louis, MO 63109
Tel: 314-932-7671
Fax: 314-932-7672
Email: cyrus@dashtaki.com

ATTORNEYS FOR PLAINTIFF
MAX MARGULIS

/s/ Dwight M. Francis (with consent)
Thomas L. Azar, Jr.
Missouri Bar No. 56634
THOMPSON COBURN, LLP
One US Bank Plaza
St. Louis, MO 63101-1693
Tel: 314-552-6409
Fax: 314-552-7409
Email: tazar@thompsoncoburn.com

Dwight M. Francis
Texas Bar No. 00785877
Aimee C. Oleson
Texas Bar No. 24036391
Gardere Wynne Sewell, LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201
TEL:   (214) 999-3000
FAX:   (214) 999-4667

ATTORNEYS FOR DEFENDANTS
EAGLE HEALTH ADVISORS, LLC AND
HOMELAND HEALTHCARE, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 5th day of January 2017, a true and accurate copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Cyrus Dashtaki